**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| **JOHN HAGERMAN, et al.,**<br><br>**Plaintiffs,**<br><br>**v.**<br><br>**THE SOCIALIST PEOPLE'S LIBYAN ARAB JAMAHIRIYA, et al.,**<br><br>**Defendants.** | **Civil Action 02-02147 (HHK)** |

**ORDER**

On April 7, 2009, the United States filed a "Statement of Interest" [#104] in this case bringing to the court's attention that Congress had enacted the Libyan Claims Resolution Act, Pub. L. No. 110-301, 122 Stat. 2999 (2008) ("Act"), which operates to settle all pending claims between the United States and its nationals and the Great Socialist People's Libyan Arab Jamahiriya and its nationals insofar as those claims are based on that State's former status as a state sponsor of terrorism and to eliminate the court's jurisdiction over such claims. In light of the submission by the United States, the court ordered plaintiffs to show cause in a writing why this case should not be dismissed for lack of subject matter jurisdiction [#106]. Plaintiffs filed their response and concede that "[t]he Act presumptively terminates this action and Plaintiffs have no defense against dismissal of their case [#107]." The court agrees. Accordingly, it is this 7th day of May 2009, hereby

**ORDERED** that this case is **DISMISSED** with prejudice.

Henry H. Kennedy, Jr.
United States District Judge